LEE v. KING

No. 157 PC.

Case below: 23 N.C. App. 640.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 December 1974.

LEWIS v. COLLEGE

No. 107 PC.

Case below: 23 N.C. App. 122.

Petition for writ of certiorari to North Carolina Court of Appeals denied 3 December 1974.

McGRADY v. QUALITY MOTORS

No. 118 PC.

Case below: 23 N.C. App. 256.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 30 December 1974.

McKINNEY v. BOARD OF ALCOHOLIC CONTROL

No. 114 PC.

Case below: 23 N.C. App. 369.

Petition for writ of certiorari to North Carolina Court of Appeals denied 3 December 1974.

MILLS, INC. v. COBLE, SEC. OF REVENUE

No. 104 PC.

Case below: 23 N.C. App. 157.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 3 December 1974.